**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**LINDA LIBRETTI,**

      **Plaintiff,**                     **CASE NO. 5:17-CV-00943-XR**

**vs.**

**USAA SB,**

      **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff LINDA LIBRETTI notifies this Court that Plaintiff and Defendant USAA SB, have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

Respectfully submitted the 9th day of July, 2018.

By:  *s/ Alyson Dykes*
Alyson Dykes
LAW OFFICES OF JEFFREY LOHMAN
4740 Green River Road, Ste 206
Corona, CA 92880
866-329-9217
alysond@jlohman.com
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this the 9th day of July, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

DAVID M. KRUEGER
 BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216 )363.4500
Facsimile:  216.363.4588
Email: dkrueger@beneschlaw.com

By:  *s/ Alyson  Dykes*
Alyson Dykes
Attorney for Plaintiff
LINDA LIBRETTI