UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA LIBRETTI,<br><br>    Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK,<br><br>    Defendant. | Case No: 5:17-CV-00943-XR |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Linda Libretti ("Plaintiff"), and Defendant, USAA Savings Bank ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this action WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ David Krueger (with permission)*<br>DAVID KRUEGER<br>BENESCH FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br>200 Public Square<br>Suite 2300<br>Cleveland, OH 44114<br>DKrueger@beneschlaw.com<br><br>COUNSEL FOR DEFENDANT | */s/ Alyson J. Dykes*<br>Alyson J. Dykes<br>THE LAW OFFICES OF JEFFREY LOHMAN, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>Phone: 866-329-9217<br>Fax: 657-227-0270<br>Alysond@jlohman.com<br>COUNSEL FOR PLAINTIFF |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of August 2018, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify the following:

    David M. Krueger
    BENESCH FRIEDLANDER, COPLAN
    & ARONOFF LLP
    200 Public Square
    Suite 2300
    Cleveland, OH 44114
    DKrueger@beneschlaw.com

                             */s/ Alyson J. Dykes*
                             Alyson J. Dykes
                             Counsel for Plaintiff